FILED 10-37803
2010 DEC 13 AM 11:33   12-13-10
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

Dear Judge Kelley

I Kamilah martin haven't receuied ~~not~~ my refund for christina lauth

please Reply! Thank you

Kamilah martin