UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re										Chapter 7
Kamilah Martin,									Case No.: 10-37803-svk
           Debtor.

**Order Requiring Christina Lauth to Refund Fee**

      The Court held a hearing on January 6, 2011 at which the Debtor, Kamilah Martin, and the Petition Preparer, Christina Lauth, appeared. The Court had previously issued an Order on November 18, 2010, requiring Miss Lauth to refund petition preparer fees to Kamilah Martin. On December 1, 2010, the Court received a letter from Miss Lauth, which it construed as a Motion to Reconsider the order to refund petition preparer fees. At the hearing, Miss Lauth promised to refund the fees within seven days.

      IT IS THEREFORE ORDERED: that on or before January 13, 2011, Christina Lauth will refund $175 to Kamilah Martin.

      IT IS FURTHER ORDERED: that failure of Christina Lauth to comply with this Order will result in fines and sanctions under 11 U.S.C. § 110(h)(5).

      Dated: January 11, 2011

By the Court:

*Susan Kelley*

Susan V. Kelley
U.S. Bankruptcy Judge